

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ANA LICIA BRAVO, | § | No. 08-14-00160-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 2 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120C07668) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time to file the brief until **February 1, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Veronica Teresa Lerma, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before February 1, 2015.

If the Appellant's brief is not filed with this Court by February 1, 2015, this Court will find it necessary to send this case back to the trial court for a hearing as to why the Appellant's brief has not been filed.

IT IS SO ORDERED this 17th day of December, 2014.


PER CURIAM

Before McClure, CJ, Rodriguez, and Hughes, JJ.